UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:19-cv-02417-GW-MAA                                       Date: March 30, 2020

Title:  Manjinder Singh v. Acting Director of DHS-ICE

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| James Munoz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:          Attorneys Present for Defendants:
N/A                                        N/A

**Proceedings (In Chambers):**     **Order to Show Cause Why the Motion to Dismiss Should Not Be Granted**

On August 19, 2019, Petitioner initiated this action for a writ of habeas corpus. ("Petition," ECF No. 1.) On February 6, 2020, Respondent filed a motion to dismiss the Petition. ("Motion," ECF No. 8.) Petitioner was given the opportunity to file an opposition to the Motion within 30 days after service of the Motion. (ECF No. 5, at 2-3.) Over 30 days have passed since Respondent served the Motion on Petitioner. (*See* ECF No. 8-3.)

Local Rule 7-12 states: "The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." Accordingly, the Court may deem Petitioner's failure to respond timely to the Motion consent to the granting of the Motion and the dismissal of this federal lawsuit. Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why the Court should not grant the Motion and dismiss the action. Petitioner must respond in writing to this Order to Show Cause no later than **May 29, 2020**. Instead of filing a written response, Petitioner may discharge this Order by filing either an opposition to the Motion or a notice of voluntary dismissal of his lawsuit. The Clerk is directed to attach a form notice of dismissal to this Order.

It is so ordered.

Attachment
Form CV-09 (Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c))