JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH,<br><br>  Petitioner,<br><br>  v.<br><br>ACTING DIRECTOR OF DHS-ICE, et al.,<br><br>  Respondents. | Case No. 5:19-cv-02417-GW-MAA<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED:  February 19, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE